16459. SELLMAN *et al.* v. THE STATE.

LUKE, J. Plaintiffs in error were convicted of the offense of simple larceny. The evidence did not authorize the conviction of the defendants upon the indictment. For this reason the court erred in overruling the motion for a new trial.

*Judgment reversed. Bloodworth, J., concurs. Broyles, C. J., dissents.*

DECIDED JULY 14, 1925.

Larceny of automobile; from Fulton superior court—Judge E. D. Thomas. March 30, 1925.

*Scott, Hornbuckle & Moore,* for plaintiffs in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H. Pharr,* contra.